**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Timothy H. Queen
Calcasieu Correctional Center DOC No. 54443
P. O. Box 2017
Lake Charles LA 70615

**REHEARING ACTION: November 2, 2016**

**Docket Number: 16   00779-KH**

**STATE OF LOUISIANA**
**VERSUS**
**TIMOTHY H. QUEEN**

**Writ Application from Calcasieu Parish Case No. 6736-09**

**BEFORE JUDGES:**

> **Hon. John D. Saunders**
> **Hon. Jimmie C. Peters**
> **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Timothy H. Queen** has this day been

> **DENIED.**  *See* Uniform Rules – Courts of Appeal, Rule 2-18.7.

cc: John Foster DeRosier, Counsel for  the Respondent